No. 44472.—Protest 29859–K of James H. Rhodes & Co. (Boston).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Chrystal* v. *United States* (4 Cust. Ct. 78, C. D. 291) the pumice stone in question was held dutiable at $\frac{1}{10}$ of 1 cent per pound under paragraph 206 as claimed.